IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRINIDAD LOPEZ,

       Plaintiff,                        No. CIV S-02-0274 FCD GGH PS

       vs.

CALIFORNIA DEPARTMENT
OF MOTOR VEHICLES, et al.,

       Defendants.               <u>ORDER</u>

_____/

       On April 12, 2005, the court ordered the filing of information regarding the event surrounding plaintiff's acquisition of an administrative report in connection with plaintiff's discrimination claim. Defendant complied. Plaintiff filed an unserved letter request for an extension of time.

       Plaintiff is hereby ordered to file the supplemental information as previously ordered no later than May 16, 2005.

DATED: 5/10/05

                                              /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        U. S. MAGISTRATE JUDGE

GGH:lopez0274.eot